UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 96-20708
Summary Calendar
_____


KENNETH W. MAGGARD,

                                        Plaintiff-Appellant,

                        versus

WAYNE SCOTT,

                                        Defendant-Appellee.

_____

Appeal from the United States District Court for the
Southern District of Texas
(CA-H-96-757)
_____

December 20, 1996

Before HIGGINBOTHAM, WIENER, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

        Texas state prisoner Kenneth W. Maggard, #536922, appeals the

dismissal of his suit pursuant to 28 U.S.C. § 1406(a) for lack of

venue.  Having reviewed the record and Maggard's brief, we hold

that the district court did not abuse its discretion in dismissing

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this
opinion should not be published and is not precedent except under
the limited circumstances set forth in Local Rule 47.5.4.

Maggard's action without prejudice. *See Lowery v. Estelle*, 533 F.2d 265, 267 (5th Cir. 1976).

Because the appeal is frivolous it is DISMISSED. 5th Cir. R. 42.2.[1] We warn Maggard that any additional frivolous appeals filed by him or on his behalf will invite the imposition of sanctions. To avoid sanctions, Maggard is further cautioned to review any pending appeals to ensure that they do not raise arguments that are frivolous.

APPEAL DISMISSED; SANCTION WARNING ISSUED.

---

[1]Maggard's motion for stay pending appeal is also dismissed.